UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
WILLIAM D. GALLAGHER
TAMMY L. GALLAGHER                                           CASE NO.16-20511
DEBTOR(S)

AMENDMENT TO CHAPTER 13 PLAN
This amendment is dated 8 /31 /16

**TREATMENT OF SECURED CLAIMS.** The treatment of the claim of Portfolio Recovery Services under the provisions of II., A., 2. of the plan is hereby amended to provide that the secured value of the claim of Portfolio Recovery Services, said claim being secured by Debtor's interest in a 2003 Chevy S-10, shall be $00.00. The interest rate on the claim shall be 0% and the monthly payment shall be $0.00.

**PLAN PAYMENTS:** The plan is hereby amended to provide that payments under the plan shall be as follows:

The Debtors plan payments shall be $535.00 per month for months 1 and 2 of the plan, then $0.00 per month for month 3 of the plan, then $411.00 per month for month 4 of the plan, and then $535.00 per month for the remainder of the plan.

This amendment supersedes any inconsistent provisions of the proposed plan (including other amendments). All other provisions of the plan (including other amendments) remain effective.


DATED: 8-31-16


/s/ William D. Gallagher
DEBTOR

//s Tammy L. Gallagher
JOINT DEBTOR