**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:
**WILLIAM D. GALLAGHER**
**TAMMY L. GALLAGHER**                                      CASE NO.16-20511
**DEBTOR(S)**

**CERTIFICATE OF SERVICE OF AMENDMENT TO PLAN DATED 8/31/16**

I certify that on the date shown below I mailed a copy of the Debtors'

Amendment to Plan dated 8/31/16, to all creditors of the Debtors at their addresses as

shown in the schedules accompanying the Debtors' petition.

Date plan forwarded
to parties: 9/3/16

/s/ Matthew T. Sanning
Matthew T. Sanning
Attorney for Debtor
202 East Riverside Dr.
Augusta, KY 41002
(606) 756-2066